IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00293-CMA-MEH

ERIC ANDRE,
SHELDON DUNCAN,
ANGEL FLORES,
JASON ANDRE, and
TIM CHASE, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

BROWN BROTHERS, LLC,
BROTHERS BROWN, LLC, and
BROWN BROTHERS ASPHALT AND CONCRETE, INC., individually,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 15, 2012.**

    Defendant Brown Brothers Asphalt and Concrete, Inc.'s Unopposed Forthwith Motion to Stay Proceedings [filed March 8, 2012; docket #12] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A.  Defendant's motion represents that Defendants' counsel conferred with James Olsen, counsel for Plaintiffs, and that Plaintiffs do not oppose the relief requested.  However, because James Olsen is not listed as counsel of record for Plaintiffs, the Court cannot be certain that Plaintiffs' position is accurately represented in the motion.