IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00293-CMA-MEH

ERIC ANDRE,
SHELDON DUNCAN,
ANGEL FLORES,
JASON ANDRE, and
TIM CHASE, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

BROWN BROTHERS, LLC,
BROTHERS BROWN, LLC, and
BROWN BROTHERS ASPHALT AND CONCRETE, INC., individually,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 20, 2012.**

    Before the Court is Defendant Brown Brothers Asphalt and Concrete, Inc.'s Unopposed Emergency Motion to Stay Proceedings [filed March 16, 2012; docket #16]. For good cause shown, the motion is **granted**. The Court hereby imposes a temporary stay of all proceedings until **April 27, 2012**. In accordance with the stay, Defendants are under no obligation to file an answer or other response at this time. The Court will set a deadline for responsive pleadings at the Scheduling Conference set for April 27, 2012.