IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00293-CMA-MEH

ERIC ANDRE,
SHELDON DUNCAN,
ANGEL FLORES,
JASON ANDRE, and
TIM CHASE, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

BROWN BROTHERS, LLC,
BROTHERS BROWN, LLC, and
BROWN BROTHERS ASPHALT AND CONCRETE, INC., individually,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 21, 2012.**

    In light of the Court's May 21, 2012 Minute Order converting the Scheduling Conference to a Status Conference [docket #36], the Joint Motion for Leave Seeking Partial Relief from the Court's Minute Order [Dkt. #24] and to Convert the Scheduling Conference to a Status Conference [filed May 21, 2012; docket #34] is **denied as moot**. The parties are reminded that the Status Conference currently set for May 22, 2012, will commence at **9:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.