IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00293-CMA-MEH

ERIC ANDRE,
SHELDON DUNCAN,
ANGEL FLORES,
JASON ANDRE, and
TIM CHASE,
JASON WEBER,
FRED RAEL,
JAMES GARCIA, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

BROWN BROTHERS ASPHALT AND CONCRETE, INC., individually,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 23, 2012.**

    The Motion to Amend Caption [filed July 18, 2012; docket #61] filed by Plaintiff Fred Rael (named in the amended complaint as "Fred Gael") is **granted**.[1]  The Clerk of the Court is directed to amend the caption as set forth above.

---

[1] Counsel for Mr. Rael is reminded of her continuing obligation to comply with D.C. Colo. LCivR 7.1A, which applies to all motions filed with the Court.