IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00293-CMA-MEH

ERIC ANDRE,
SHELDON DUNCAN,
ANGEL FLORES,
JASON ANDRE, and
TIM CHASE,
JASON WEBER,
FRED RAEL,
JAMES GARCIA, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

BROWN BROTHERS ASPHALT AND CONCRETE, INC., individually,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 31, 2012.**

    The Stipulated Motion for Entry of Protective Order and Certification of Compliance with D.C. Colo. LCivR 7.1(A) [filed July 26, 2012; docket #64] is **denied without prejudice** and the proposed Stipulation and Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), which requires the party seeking protection, rather than disclosure, to file an appropriate motion with the Court. *See id.* at 388-89. The parties are also advised that the Court will not retain continuing jurisdiction over this matter, nor will the Court enter any protective order to that effect.