IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00293-CMA-MEH

ERIC ANDRE,
SHELDON DUNCAN,
ANGEL FLORES,
JASON ANDRE, and
TIM CHASE,
JASON WEBER,
FRED RAEL,
JAMES GARCIA, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

BROWN BROTHERS ASPHALT AND CONCRETE, INC., individually,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 2, 2012.**

    The Stipulated Motion for Entry of Amended Stipulation and Protective Order [filed July 31, 2012; docket #67] is **granted** and the proposed Stipulation and Protective Order is accepted, issued and filed contemporaneously with this minute order.[1]

---

[1] The document accepted by the Court is referred to by the parties as the Amended Stipulation and Protective Order. However, because the Court has not yet entered a protective order in this case, clarity necessitates removing the "Amended" designation.