IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00293-CMA-MEH

ERIC ANDRE,
SHELDON DUNCAN,
ANGEL FLORES,
JASON ANDRE,
TIM CHASE,
JASON WEBER,
FRED RAEL, and
JAMES GARCIA, Individually and on behalf of others similarly situated,

    Plaintiffs,

v.

BROWN BROTHERS ASPHALT AND CONCRETE, INC.,

    Defendant.

## ORDER ADOPTING AND AFFIRMING AUGUST 15, 2012 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the Recommendation of United States Magistrate Judge filed on August 15, 2012 (Doc. # 71).  The Magistrate Judge recommends that Plaintiffs Jason Weber and James Garcia be dismissed without prejudice for failure to prosecute and for failure to comply with the Court's orders. (*See* Order to Show Cause, Doc. # 59.)   Plaintiffs have not filed any specific written objections to the Magistrate Judge's recommendation.  The Court finds that the Magistrate Judge's recommendation is correct and should be accepted.  Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge is accepted. It is

FURTHER ORDERED that Jason Weber and James Garcia, and their claims against the Defendant, are hereby DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that the case caption shall be amended to reflect the removal of Jason Weber and James Garcia as Plaintiffs in this action, in accordance with this Court's Order.

DATED: September __18__, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge