IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00293-CMA-MEH

ERIC ANDRE,
SHELDON DUNCAN,
ANGEL FLORES,
JASON ANDRE,
TIM CHASE, and
FRED RAEL, Individually and on behalf of others similarly situated,

    Plaintiffs,

v.

BROWN BROTHERS ASPHALT AND CONCRETE, INC.,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO
(A) DISMISS COLLECTIVE ACTION AND CLASS ACTION CLAIMS, AND
(B) FILE SECOND AMENDED COMPLAINT**

---

This matter is before the Court on Plaintiffs' Unopposed Motion to (A) Dismiss Collective Action and Class Action Claims, and (B) File Second Amended Complaint (Doc. # 72). The Court, having reviewed the Motion, hereby GRANTS the motion and ORDERS as follows:

    1.    Pursuant to Fed. R. Civ. P. 41(a)(2), the Court DISMISSES WITH PREJUDICE Plaintiffs' First and Third Claims for Relief in the Amended Collective Action Complaint (Doc. # 29), with prejudice.

2. Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiffs shall file a Second Amended Complaint to restate their individual claims against Defendant within 14 days of the date of this Order.

DATED: November __02__, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge