IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00293-CMA-MEH

ERIC ANDRE,
SHELDON DUNCAN,
ANGEL FLORES,
JASON ANDRE,
TIM CHASE, and
FRED RAEL, Individually and on behalf of others similarly situated,

    Plaintiffs,

v.

BROWN BROTHERS ASPHALT AND CONCRETE, INC.,

    Defendant.

---

## ORDER GRANTING DISMISSAL OF PLAINTIFF FRED RAEL, AND ORDER TO AMEND CAPTION

---

This matter is before the Court on Plaintiff Fred Rael's Unopposed Motion to Dismiss (Doc. # 79). The Court has reviewed the motion and the case file, and ORDERS as follows:

Plaintiff Fred Rael, and his claims against Defendant Brown Brothers Asphalt and Concrete, Inc., are hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that each party shall pay his or its own costs, attorneys fees and expenses. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Fred Rael as a Plaintiff in this case.

DATED: January  29 , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge