**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00293-CMA-MEH

ERIC ANDRE,
SHELDON DUNCAN,
ANGEL FLORES,
JASON ANDRE, and
TIM CHASE, Individually and on behalf of others similarly situated,

    Plaintiffs,

v.

BROWN BROTHERS ASPHALT AND CONCRETE, INC.,

    Defendant.

---

**AMENDED ORDER GRANTING PARTIAL MOTIONS FOR SUMMARY JUDGMENT**

---

This matter is before the Court on Defendant Brown Brothers Asphalt and Concrete, Inc.'s Motion for Partial Summary Judgment on Plaintiff Jason Andre's Individual Claims for Relief (Doc. # 81) and Defendant's Motion for Partial Summary Judgment on All of Plaintiff Eric Andre's Individual Claims for Relief (Doc. # 84). On September 23, 2013, Plaintiff filed a responses to these motions in which he "agrees to entry of summary judgment with respect to his claims against Defendant." (Doc. # 88, 89.) Therefore, it is ORDERED that Defendant Brown Brothers Asphalt and Concrete, Inc.'s Motion for Partial Summary Judgment on Plaintiff Eric Andre's Individual Claims for Relief is GRANTED. (Doc. # 81.) It is

FURTHER ORDERED that Defendant's Motion for Partial Summary Judgment on All of Plaintiff Eric Andre's Individual Claims for Relief (Doc. # 84) is GRANTED. It is

FURTHER ORDERED that Plaintiff Eric Andre's claims against Defendant are DISMISSED WITH PREJUDICE.

DATED: November __05__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge