**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00293-CMA-MEH

ERIC ANDRE,
SHELDON DUNCAN,
ANGEL FLORES,
JASON ANDRE, and
TIM CHASE, Individually and on behalf of others similarly situated,

    Plaintiffs,

v.

BROWN BROTHERS ASPHALT AND CONCRETE, INC.,

    Defendant.

---

## ORDER OF DISMISSAL OF CASE WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulated Motion for Dismissal With Prejudice (Doc. # 116) signed by the attorneys for the parties hereto, it is

ORDERED, ADJUDGED AND DECREED THAT:

1. All of Plaintiffs' claims against the Defendant are DISMISSED WITH PREJUDICE;

2. All of Defendant/Counterclaim Plaintiff's counterclaims against Eric Andre are DISMISSED WITH PREJUDICE; and

3. Each party shall bear his, her or its own attorney fees and costs.

DATED: December  09 , 2013

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge